**IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
JONESBORO DIVISION**

**EDWARD HAWKINS, as Special Administrator
of the Estate of Janese L. Hawkins, Deceased, and
LATOYA COLE, as Special Administrator of the
Estate of Antoin S. Harvey, Deceased**                      **PLAINTIFFS**

**vs.**                      **NO. 3:04CV295JMM**

**VARTAN ALLAHVERDI, ART EXPRESS, INC.,
and GILBERT CENTRAL CORPORATION**                      **DEFENDANTS**

**O R D E R**

Now before the Court is the Motion for Approval of Settlement, Payment of Attorney's Fees and Reimbursement of Costs of separate plaintiff LaToya Cole, Special Administrator of the Estate of Antoin S. Harvey, Deceased. Plaintiff Cole, on behalf of the Estate of Antoin S. Harvey, Deceased, and all those with a claim arising from the death of Antoin S. Harvey, has agreed with the defendants in this lawsuit to fully settle any and all claims for the total amount of $937,500, with $750,000 of that sum coming from defendant Gilbert Central Corporation and $187,500 from the other defendants.

Upon the matters presented, the Court finds that the settlement is in the best interests of the estate and plaintiff Cole. The settlement is, therefore, approved and plaintiff Cole is authorized to complete this settlement on behalf of herself, the Estate of Antoin S. Harvey, Deceased, and any persons who are entitled as beneficiaries of the Estate of Antoin S. Harvey, Deceased, to assert any claims in the wrongful death action filed herein, by executing any and all necessary releases and other settlement documents. Further, plaintiff Cole is authorized to pay attorney's fees and reimburse costs as set out in the motion.

For good cause shown, the Court finds that the Motion for Approval of Settlement, Payment of Attorney's Fees and Reimbursement of Costs of plaintiff LaToya Cole should be, and it is hereby, granted in its entirety.

IT IS SO ORDERED this   25   day of April, 2006.

_____
United States District Judge